IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTH AMERICAN ELITE INSURANCE COMPANY AS SUBROGEE OF PENN FOUNDATION, INC.**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | **NO. 17-3554** |
| **VICTORY FIRE PROTECTION, INC.**,<br>　　　　**Defendant/Third-Party Plaintiff**<br>v.<br>**PENN BUILDERS, INC.**<br>　　　　**Third-Party Defendant.** | |

# **O R D E R**

**AND NOW**, this 28th day of January, 2019, upon consideration of Third-Party Defendant Penn Builders' Motion for Summary Judgment and briefing in support thereof (ECF Nos. 97 & 103), Plaintiff NAEIC's response thereto (ECF No. 101), and Defendant/Third-Party Plaintiff Victory's response thereto (ECF No. 102), it is hereby **ORDERED** that Third-Party Defendant's Motion is **DENIED**.

**IT IS FURTHER ORDERED**, upon consideration of Defendant/Third-Party Plaintiff Victory's Motion for Summary Judgment (ECF No. 98) and Plaintiff NAEIC's response thereto (ECF No. 100), Defendant/Third-Party Plaintiff's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**